**Appeal Dismissed and Memorandum Opinion filed October 4, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-22-00032-CR

---

**ANDRE JOSEPH WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1676526**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to possession with intent to deliver a controlled substance. The trial court assessed punishment at confinement for twenty years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

In exchange for appellant's waiver of his right to appeal, the State consented to appellant's waiver of his right to jury trial. It has been held that such a waiver is valid if there was consideration. *See Jones v. State*, 488 S.W.3d 801, 807–08 (Tex.

Crim. App. 2016); *Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009).

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On August 25, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)